1  RHOND A L. NELSON (State Bar No. 116043)
   DAVID E. PINCH (State Bar No. 124851)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Plaintiff and Judgment Creditor
6  IRETA IRBY

7

8                UNITED STATES BANKRUPTCY COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SANTA ROSA DIVISION

11  IRETA IRBY,                    )  Case No. CV08-80004 MISC-PJH
                                   )
12         Plaintiff,               )
                                   )
13     vs.                          )
                                   )
14  BROOKS H. HADEN,                )  **CERTIFICATE OF SERVICE**
                                   )
15         Defendant.               )
                                   )
16  _____ )

17     ///

18     ///

19     ///

20     ///

21     ///

22     ///

23     ///

24     ///

25

26

27

28

| 10281/0001/656893.1 | | CERTIFICATE OF SERVICE re: Docket #2 – *Irby v. Haden*, #CV08-80004 MISC-PJH |

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**DECLARATION OF RHONDA L. NELSON REGARDING POST-JUDGMENT INTEREST ON REGISTERED JUDGMENT FROM ANOTHER DISTRICT 28 U.S.C. §1961. [CCP §685]**

on all interested parties in said case addressed as follows:

Kaipo K.B. Young
Bartlett, Leader-Picone & Young LLP
2201 Broadway, Suite 803
Oakland, CA 94612

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on January 29, 2008.

/s/ Veronica J. Appleberry
Veronica J. Appleberry

| 10281/0001/656893.1 | -2- | CERTIFICATE OF SERVICE re: Docket #2 – *Irby v. Haden*, #CV08-80004 MISC-PJH |
|---|---|---|