UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRETA IRBY,

    Plaintiff(s),

v.

BROOKS HADEN,

    Defendant(s).
_____/

No. C 08-80004 MISC PJH

**CLERK'S NOTICE**

YOU ARE HEREBY NOTIFIED that on **March 31, 2008** at **9:00 a.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the hearing on Defendant's Motion for Temporary Restraining Order , in this matter.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated:  March 28, 2008