**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** March 31, 2008                  **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-80004 MISC PJH

**Case Name:** Ireta Irby v. Brooks Haden

**Attorney(s) for Plaintiff:**      Rhonda L. Nelson
**Attorney(s) for Defendant:**    Malcolm Leader-Picone

**Deputy Clerk:** Nichole Heuerman         **Court Reporter:** Sahar McVickar

**PROCEEDINGS**

      Defendant's Motion for Temporary Restraining Order-DENIED as stated on the record. The court will enter an order that any money obtained be held by the marshal until a final determination is made by the court as stated on the record. The parties to prepare order for the court's signature. The court sets a briefing schedule for the motion for permanent injunction and to vacate judgment. The motion to be filed by 4/4/08; opposition to be filed by 4/23/08; reply to be filed by 4/30/08 with a hearing to be noticed for 5/14/08 at 9:00 a.m.

**Order to be prepared by:**    [] Pl [] Def [] Court

**Notes:**

**cc:** chambers file