BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE *(State Bar No. 104620)*
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 444-2404
FACSIMILE: (510) 444-1291

Attorneys for Defendant, specially appearing
BROOKS HENDERSON HADEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IRETA IRBY,<br><br>    Plaintiff,<br><br>vs.<br><br>BROOKS HENDERSON HADEN<br><br>    Defendants. | No. 3:08-c-80004-PJH<br><br>**ORDER TO THE U.S. MARSHAL TO HOLD FUNDS FROM WAGE GARNISHMENT.**<br><br>Date: March 31, 2008<br>Time: 9;00 a.m.<br>Crtrm: 3, 17th Floor<br>Hon. Phyllis J. Hamilton |

## ORDER

Upon the Application of defendant Brooks Haden for a temporary restraining order and order vacating registration of foreign judgment, the Court denies the Application. However,

**IT IS ORDERED** that

1. The U.S. Marshal's Office and Mechanics Bank may proceed with the levy pursuant to the Writ of Execution that was entered on March 3, 2008, and the Earnings Withholding Order which was issued on March 7, 2008, until further order of this Court;

2. The U.S. Marshal shall hold any funds received from Mechanics Bank pursuant to the Earnings Withholding Order, and not turn such funds over to the plaintiff or her counsel, until further order of

**ORDER RE: APPLICATION FOR TRO, etc.**  Case No. 3:08-c-80004-PJH

-1-

Court; and,

3. Defendant shall serve a copy of this Order on the following persons:

| | |
|---|---|
| U.S. Marshal: Federico L. Rocha<br>U.S. Courthouse/Phillip Burton Building<br>450 Golden Gate Avenue, Room 20-6888<br>San Francisco, CA 94102 | Mo Omar<br>Human Resources Department<br>Mechanics Bank<br>3170 Hilltop Mall Road<br>Richmond, CA 94806 |

4. The Court will hold a hearing on defendant's motion to vacate the registration of the judgment, and on a permanent injunction against enforcement of the judgment in California, on May 14, 2008 at 9:00 a.m. Defendant shall have until Friday, April 4, 2008 to file his moving papers. The opposition brief shall be filed on or before April 23, 2008, and any reply shall be filed on or before April 30, 2008.

**SO ORDERED.**

DATED: April 1, 2008.

                                                    Hon. Phyllis J. Hamilton
                                                    U.S. District Court Judge

Approved as to form:
   SEVERSON & WERSON

BY: **/s/ Rhonda L. Nelson**
   RHONDA L. NELSON
   Attorneys for Plaintiff
   IRETA IRBY

**COURT SERVICE LIST**

Rhonda L. Nelson, Esq.
Severson & Werson
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111

Malcolm Leader-Picone, Esq.
Kaipo K.B. Young, Esq.
Bartlett, Leader-Picone & Young, LLP
2201 Broadway, Suite 803
Oakland, CA  94612