BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (State Bar No. 104620)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 444-2404
FACSIMILE: (510) 444-1291

Attorneys for Defendant, specially appearing
BROOKS HENDERSON HADEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IRETA IRBY,<br><br>    Plaintiff,<br><br>vs.<br><br>BROOKS HENDERSON HADEN<br><br>    Defendants. | No. 3:08-c-80004-PJH<br><br>NOTICE OF ORDER TO THE U.S. MARSHAL TO HOLD FUNDS FROM WAGE GARNISHMENT.<br><br>Date: March 31, 2008<br>Time: 9;00 a.m.<br>Crtrm: 3, 17th Floor<br>Hon. Phyllis J. Hamilton |

TO THE U.S. MARSHAL AND TO MECHANICS BANK:

PLEASE TAKE NOTICE that on April 2, 2008, the U.S. District Court for the Northern District of California, the Honorable Phyllis J. Hamilton, presiding, entered an order permitting the U.S. Marshal to proceed with a levy in this case, pursuant to the Writ of Execution that was entered on March 3, 2008, and the Earnings Withholding Order which was issued on March 7, 2008, until further order of the Court.

////

////

---

ORDER RE: APPLICATION FOR TRO, etc.

-1-

Case No. 3:08-c-80004-PJH

\\BLP-SERVER2\BLP FILES\CLIENT FILES\G TO I\HADEN, B\IRBY\MOTIONS\VACATE REGISTRATION\NOTICE ORDER US MARSHAL 040308 MLP.DOC

A true and correct copy of the Court's order is attached hereto as Exhibit "A".

DATED: April 3, 2008.

BARTLETT, LEADER-PICONE & YOUNG, LLP

BY: /s/ Malcolm Leader-Picone #104620
MALCOLM LEADER-PICONE
Attorneys for Defendant
BROOKS HENDERSON HADEN

# PROOF OF SERVICE

I, Malcolm Leader-Picone, declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within action. My business address is 2201 Broadway, Suite 803 Oakland, CA 94612. On April 3, 2008, I served the following document(s) entitled:

**NOTICE OF ORDER TO THE U.S. MARSHAL TO HOLD FUNDS FROM WAGE GARNISHMENT**

upon the following person(s) in said action as follows:

| By Email and Express Mail:<br>Rhonda I. Nelson, Esq.<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br><br>Telephone: 415-398-3344<br>Facsimile: 415-956-0439<br>Email: rln@severson.com | Chambers Copy By Express Mail:<br>Hon. Phyllis J. Hamilton<br>U.S. District Court Judge<br>U.S. District Court, Crtrm. 3, 17th Floor<br>U.S. Courthouse/Phillip Burton Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|
| By Express Mail:<br>U.S. Marshal: Federico L. Rocha<br>U.S. Courthouse/Phillip Burton Building<br>450 Golden Gate Avenue, Room 20-6888<br>San Francisco, CA 94102 | By Express Mail:<br>Mo Omar<br>Human Resources Department<br>Mechanics Bank<br>3170 Hilltop Mall Road<br>Richmond, CA 94806 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on April 3, 2008.

/s/ Malcolm Leader-Picone #104620
Malcolm Leader-Picone

PROOF OF SERVICE                                Case No. 3:08-c-80004-PJH

1  BARTLETT, LEADER-PICONE & YOUNG, LLP
   MALCOLM LEADER-PICONE (State Bar No. 104620)
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE: (510) 444-2404
   FACSIMILE: (510) 444-1291
4
   Attorneys for Defendant, specially appearing
5  BROOKS HENDERSON HADEN

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                         SAN FRANCISCO DIVISION

10
    IRETA IRBY                         )   No. 3:08-c-80004-PJH
11                                     )
              Plaintiff,               )
12                                     )   **ORDER TO THE U.S. MARSHAL TO**
    vs.                                )   **HOLD FUNDS FROM WAGE**
13                                     )   **GARNISHMENT.**
    BROOKS HENDERSON HADEN             )
14                                     )   Date:   March 31, 2008
              Defendants.              )   Time:   9;00 a.m.
15                                     )   Crtrm:  3, 17th Floor
                                       )   Hon. Phyllis J. Hamilton
16                                     )
                                       )
17                                     )
    _____)
18
                                   **ORDER**
19
           Upon the Application of defendant Brooks Haden for a temporary restraining order and order
20
    vacating registration of foreign judgment, the Court denies the Application. However,
21
           **IT IS ORDERED** that
22
           1.     The U.S. Marshal's Office and Mechanics Bank may proceed with the levy pursuant
23
    to the Writ of Execution that was entered on March 3, 2008, and the Earnings Withholding Order which was
24
    issued on March 7, 2008, until further order of this Court;
25
           2.     The U.S. Marshal shall hold any funds received from Mechanics Bank pursuant to the
26
    Earnings Withholding Order, and not turn such funds over to the plaintiff or her counsel, until further order of
27

28

---

ORDER RE: APPLICATION FOR TRO, etc.                              Case No. 3:08-c-80004-PJH
                                    -1-
                                                          Exhibit ___A___

1  Court; and,

2      3.    Defendant shall serve a copy of this Order on the following persons:

3

4  U.S. Marshal: Federico L. Rocha    Mo Omar
   U.S. Courthouse/Phillip Burton Building    Human Resources Department
5  450 Golden Gate Avenue, Room 20-6888    Mechanics Bank
   San Francisco, CA 94102    3170 Hilltop Mall Road
6      Richmond, CA 94806

7      4.    The Court will hold a hearing on defendant's motion to vacate the registration of the

8  judgment, and on a permanent injunction against enforcement of the judgment in California, on May 14, 2008

9  at 9:00 a.m. Defendant shall have until Friday, April 4, 2008 to file his moving papers. The opposition brief

10  shall be filed on or before April 23, 2008, and any reply shall be filed on or before April 30, 2008.

11      **SO ORDERED.**

12  DATED: April 1, 2008.

13

14  _____
    *IT IS SO ORDERED*
15      Judge Phyllis J. Hamilton

16  Approved as to form:
    SEVERSON & WERSON

17

18  BY: /s/ Rhonda L. Nelson
    RHONDA L. NELSON
    Attorneys for Plaintiff
19      IRETA IRBY

**COURT SERVICE LIST**

Rhonda L. Nelson, Esq.
Severson & Werson
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Malcolm Leader-Picone, Esq.
Kaipo K.B. Young, Esq.
Bartlett, Leader-Picone & Young, LLP
2201 Broadway, Suite 803
Oakland, CA 94612