1  RHONDA L. NELSON (State Bar No. 116043)
   DAVID E. PINCH (State Bar No. 124851)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Plaintiff
6  IRETA IRBY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 IRETA IRBY,                          Case No.: 3:08 C-80004MISC-PJH

                                        **DECLARATION OF IRETA IRBY IN
13        Plaintiff,                    SUPPORT OF:**

14    vs.                              **IRETA IRBY'S OPPOSITION TO
                                        MOTION TO VACATE JUDGMENT
15 BROOKS HENDERSON HADEN,              AND FOR PERMANENT INJUNCTION
                                        AGAINST ENFORCEMENT OF
16        Defendant.                    TEXAS JUDGMENT IN CALIFORNIA**

17                                      Hearing Date: May 14, 2008
                                        Time: 9:00 a.m.
18                                      Dept.: 3
                                        Judge: Phyllis J. Hamilton
19

20        I, Ireta Irby, declare and state:

21        1.    I was born in the State of Louisiana and resided here until 1958. I then returned in

22 May 1988 and have lived here continuously since that time. Between 1959 and May 1988, I was

23 a resident of Houston, Texas. I am the Judgment Creditor in the above matter. As a result, I have

24 personal and first hand knowledge of the facts stated herein and if called to testify could do so

25 competently.

26        2.    I obtained a default judgment against Brooks Henderson Haden ("Haden") in 1988

27 in the United District Court for the Southern District of Texas.

28
                                        -1-

3.    I subsequently hired a private investigator to literally search for him around the United States to attempt to execute on my judgment.  My private investigator finally located Haden in California in 1996.  I then retained Nicolas De Lancie of Lofton, De Lancie and Nelson to execute on my Texas Judgment.

4.    Mr. DeLancie located a partnership interest held by Haden and attempted to execute on it.  Unfortunately, as soon as the Sheriff was about to seize Haden's assets, he filed a voluntary bankruptcy petition under Chapter 7 of the Bankruptcy Code.

5.    I subsequently filed an adversary proceeding against Haden in his bankruptcy case to have the Bankruptcy Court determine that the Texas Judgment was non-dischargeable because he had committed fraud against me.  In 1998, the Bankruptcy Court determined that the Texas Judgment was non-dischargeable.

6.    I subsequently hired several private investigators and served Haden with numerous discovery to determine the extent of his assets.  I have also retained attorneys to ensure that Texas Judgment did not go dormant under Texas state law.

7.    To date, Haden has not satisfied any amount of the Texas Judgment.

///
///
///
///
///
///
///
///
///
///
///
///

10281/0001/667893.1

DECL. IRBY IN SUP OF OPPOSITION TO MOT TO VACATE JUDGMENT...*Irby v. Haden* - #3:08 C-80004MISC-PJH

1    I declare under penalty of perjury of the laws of the United States of America that the

2  foregoing is true and correct.

3    Executed on this _23_ day of April at Ruston, Louisiana.

4

5

6  IRETA IRBY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

10281/0001/667893.1

DECL. IRBY IN SUP OF OPPOSITION TO MOT TO VACATE
JUDGMENT...*Irby v. Haden* - #3:08 C-80004MISC-PJH