UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** May 14, 2008                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-80004 MISC PJH

**Case Name:** Ireta Irby v. Brooks Haden

**Attorney(s) for Plaintiff:**     Jan Chilton; Rhonda L. Nelson
**Attorney(s) for Defendant:**     Malcolm Leader-Picone

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Debra Pas

PROCEEDINGS

Defendant's Motion for Order Vacating January 11, 2008 Registration of Foreign Judgment and for Permanent Injunction-Held.  The court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** chambers file