RHONDA L. NELSON (State Bar No. 116043)
PHILIP J. SMITH (State Bar No. 232462)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Plaintiff
IRETA IRBY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IRETA IRBY, <br><br> Plaintiff, <br><br> vs. <br><br> BROOKS HENDERSON HADEN, <br><br> Defendant. | **CASE NO. 3:08-MC-80004-PJH** <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** |

## RECITALS

1. On November 17, 1988, Plaintiff Ireta Irby ("Plaintiff") obtained a judgment against Defendant Brooks Henderson Haden ("Defendant") in the United States District Court for the Southern District of Texas (the "Texas Judgment");

2. On January 11, 2008, Plaintiff registered the Texas Judgment in California for a second time (the "California Judgment");

3. On March 26, 2008, Defendant moved to vacate Plaintiff's California Judgment;

4. On June 25, 2008, this Court issued its order denying Defendant's motion to vacate Plaintiff's California Judgment (the "June 25th Order");

5. Plaintiff incurred attorney's fees and expenses enforcing her California Judgment against Defendant;

6. On July 9, 2008, Plaintiff filed a motion for attorney's fees ("Motion") to recover $13,814.87 in attorney's fees and expenses she incurred enforcing her California Judgment against Defendant;

7. Defendant does not oppose Plaintiff's Motion and agrees that Plaintiff is entitled to recover $13,814.87 in attorney's fees and expenses incurred enforcing the California Judgment; and

8. On July 23, 2008, Defendant gave notice that he would appeal the June 25th Order.

## **STIPULATION**

1. Plaintiff and Defendant ("the Parties"), by and through their counsel of record, stipulate that Plaintiff is entitled to recover $13,814.87 in attorney's fees and expenses, pursuant to Plaintiff's Motion;

2. The Parties stipulate, by and through their counsel of record, that the August 27, 2008 hearing scheduled for Plaintiff's Motion be taken off-calendar;

3. The Parties stipulate, by and through their counsel of record, that this stipulation is without prejudice to Defendant's right to appeal the June 25th Order;

4. The Parties stipulate, by and through their counsel of record, that if the California Judgment is subsequently vacated, Plaintiff will not be entitled to recover $13,814.87 in attorney's fees and expenses pursuant to Plaintiff's Motion; and the Order Granting Plaintiff's Motion for Attorney's Fees will be vacated.

IT IS SO STIPULATED.

/ / / /

/ / / /

/ / / /

DATED: July 29, 2008                    SEVERSON & WERSON


                                        By:        /s/ Rhonda L. Nelson
                                                    Rhonda L. Nelson

                                        Attorneys for Plaintiff



DATED: July 29, 2008                    BARTLETT, LEADER-PICONE & YOUNG, LLP


                                        By:   /s/ Malcolm Leader-Picone (SB# 104620)
                                                    Malcolm Leader-Picone

                                        Attorneys for Defendant


IT IS SO ORDERED.

Dated:_____, 2008            By: _____
                                              Hon. Phyllis J. Hamilton
                                              U.S. District Court Judge