1  RHONDA L. NELSON (State Bar No. 116043)
   PHILIP J. SMITH (State Bar No. 232462)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   Attorneys for Plaintiff
6  IRETA IRBY

7

8
                    UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT
10
                       SAN FRANCISCO DIVISION
11

12
13  IRETA IRBY,                         )    **CASE NO. 3:08-MC-80004-PJH**
                                        )
14              Plaintiff,              )
                                        )    **[PROPOSED] ORDER GRANTING**
15        vs.                           )    **PLAINTIFF'S MOTION FOR**
                                        )    **ATTORNEY'S FEES**
16  BROOKS HENDERSON HADEN,             )
                                        )
17              Defendant.              )
                                        )
18  _____    )

19       The Court has reviewed Plaintiff Ireta Irby's ("Plaintiff") Motion for Attorney's Fees as

20  well as Plaintiff's and Defendant Brooks Henderson Haden's (Defendant") (Plaintiff and

21  Defendant will be collectively referred to as the "Parties") Stipulation Regarding Plaintiff's

22  Motion for Attorney's Fees ;

23       After consideration of Plaintiff's Motion for Attorney's Fees and the Parties' Stipulation

24  Regarding Plaintiff's Motion for Attorney's Fees, the Court HEREBY ORDERS AS FOLLOWS:

25    1. Plaintiff's Motion for Attorney's Fees is GRANTED;

26    2. Plaintiff is entitled to recover $13,814.87 from Defendant, for attorney's fees and

27       expenses she incurred enforcing her judgment in California against Defendant, pursuant to

28

Plaintiff's Motion for Attorney's Fees; but

3. If Defendant successfully vacates Plaintiff's judgment in California against Defendant on appeal, Plaintiff will not be entitled to recover $13,814.87 from Defendant, for attorney's fees and expenses she incurred enforcing her judgment in California against Defendant, pursuant to Plaintiff's Motion for Attorney's Fees, and this Order shall be vacated.

IT IS SO ORDERED.

Dated:_____, 2008     By: _____
                                       Hon. Phyllis J. Hamilton
                                       U.S. District Court Judge