1  RHONDA L. NELSON (State Bar No. 116043)
   PHILIP J. SMITH (State Bar No. 232462)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   Attorneys for Plaintiff
6  IRETA IRBY

7

8
                    UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT
10
                       SAN FRANCISCO DIVISION
11

12
   IRETA IRBY,                    )
13                                 )   **CASE NO. 3:08-MC-80004-PJH**
              Plaintiff,           )
14                                 )   **STIPULATION AND [**P̶R̶O̶P̶O̶S̶E̶D̶**]**
         vs.                       )   **ORDER REGARDING PLAINTIFF'S**
15                                 )   **MOTION FOR ATTORNEY'S FEES**
   BROOKS HENDERSON HADEN,         )
16                                 )
              Defendant.           )
17                                 )
                                   )
18

19                              **RECITALS**

20     1. On November 17, 1988, Plaintiff Ireta Irby ("Plaintiff") obtained a judgment against

21  Defendant Brooks Henderson Haden ("Defendant") in the United States District Court for the

22  Southern District of Texas (the "Texas Judgment");

23     2. On January 11, 2008, Plaintiff registered the Texas Judgment in California for a second

24  time (the "California Judgment");

25     3. On March 26, 2008, Defendant moved to vacate Plaintiff's California Judgment;

26     4. On June 25, 2008, this Court issued its order denying Defendant's motion to vacate

27  Plaintiff's California Judgment (the "June 25th Order");

28

5. Plaintiff incurred attorney's fees and expenses enforcing her California Judgment against Defendant;

6. On July 9, 2008, Plaintiff filed a motion for attorney's fees ("Motion") to recover $13,814.87 in attorney's fees and expenses she incurred enforcing her California Judgment against Defendant;

7. Defendant does not oppose Plaintiff's Motion and agrees that Plaintiff is entitled to recover $13,814.87 in attorney's fees and expenses incurred enforcing the California Judgment; and

8. On July 23, 2008, Defendant gave notice that he would appeal the June 25th Order.

## **STIPULATION**

1. Plaintiff and Defendant ("the Parties"), by and through their counsel of record, stipulate that Plaintiff is entitled to recover $13,814.87 in attorney's fees and expenses, pursuant to Plaintiff's Motion;

2. The Parties stipulate, by and through their counsel of record, that the August 27, 2008 hearing scheduled for Plaintiff's Motion be taken off-calendar;

3. The Parties stipulate, by and through their counsel of record, that this stipulation is without prejudice to Defendant's right to appeal the June 25th Order;

4. The Parties stipulate, by and through their counsel of record, that if the California Judgment is subsequently vacated, Plaintiff will not be entitled to recover $13,814.87 in attorney's fees and expenses pursuant to Plaintiff's Motion; and the Order Granting Plaintiff's Motion for Attorney's Fees will be vacated.

IT IS SO STIPULATED.

/ / / /

/ / / /

/ / / /

DATED:  July 29, 2008                SEVERSON & WERSON


By: _____/s/ Rhonda L. Nelson_____
           Rhonda L. Nelson

Attorneys for Plaintiff


DATED:  July 29, 2008                BARTLETT, LEADER-PICONE & YOUNG, LLP


By: ___/s/ Malcolm Leader-Picone (SB# 104620)___
           Malcolm Leader-Picone

Attorneys for Defendant


IT IS SO ORDERED.

Dated: __July 31_____, 2008        By: _____
           Hon. Phyllis J. Hamilton
           U.S. District Judge

*IT IS SO ORDERED. /s/ Judge Phyllis J. Hamilton*