UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 7, 2008

**CASE INFORMATION:**
Short Case Title:  <u>Ireta Irby</u>-v- <u>Brooks Henderson Haden</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District California, San Francisco, Judge Hamilton</u>
Criminal and/or Civil Case No.:  <u>CV 08-80004 JL</u>
Date Complaint/Indictment/Petition Filed: <u>1/11/08</u>
Date Appealed order/judgment *entered* <u>7/9/08</u>
Date NOA *filed* <u>7/23/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):    ☐ granted in full (attach order)        ☐ denied in full (send record)
                          ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: <u>Sahar McVickar 415-626-6060, Debra Pas 415-431-1477</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>7/23/08</u>               Date Docket Fee Billed:
Date FP granted:                                 Date FP denied:
Is FP pending? ☐ yes  ☐ no                                    Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                          Appellee Counsel:
Malcolm Leader-Picone                       Rhonda L. Nelson
Bartlett Leader-Picone & Young LLP          Philip J. Smith
2201 Broadway, Suite 803                    Severson & Werson
Oakland, CA    94612                        One Embarcadero Center, Suite 2600
510-444-2404                                San Francisco, CA    94111
                                            415-956-0439


☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                             9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Gloria Acevedo</u>, 415-522-3080