BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (*State Bar No. 104620*)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 444-2404
FACSIMILE: (510) 444-1291

Attorneys for Defendant, specially appearing
BROOKS HENDERSON HADEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IRETA IRBY, <br><br>      Plaintiff, <br><br> vs. <br><br> BROOKS HENDERSON HADEN <br><br>      Defendants. | No. 3:08-c-80004-PJH <br><br> **STIPULATION FOR RELEASE OF FUNDS HELD BY MARSHAL AND ORDER THEREON.** <br><br> Hon. Phyllis J. Hamilton |

## STIPULATION

The parties to this action, through their respective counsel, do hereby stipulate and agree as follows, in reference to the following facts:

1.  On January 11, 2008, Irby registered the Texas Judgment in the Northern District of California a second time in Case No. 3:08-mc-80004-PJH ("California Judgment #2"). The case was assigned to the Hon. Phyllis J. Hamilton.

2.  Irby caused the Clerk of the Northern District of California to issue a Writ of Execution on the California Judgment #2 on March 3, 2008; and an Earnings Withholding Order was issued on March 7, 2008.

3.  Haden sought a TRO against enforcement of the judgment on an ex parte basis and filed his Application For Temporary Restraining Order To Prevent Garnishment Of Wages Under

---

**REPLY MEMORANDUM IN SUPPORT OF
MOTION TO VACATE JUDGMENT, ETC.**                                 **Case No. 3:08-c-80004-PJH**

Expired Judgment and Application For Order Vacating January 11, 2008 Registration Of Foreign Judgment. Haden argued that Irby allowed her California Judgment #1 based upon the Texas Judgment to expire, and consequently, Irby was not permitted another California judgment (California Judgment #2) on the same claim through her registration of the Texas judgment for a second time. Judge Hamilton did not issue the TRO, but did order that all funds recovered by garnishment from Mechanics Bank would be held by the U.S. Marshal pending the outcome of a noticed motion on the question of the enforceability of the California Judgment #2.

4.  The Parties subsequently briefed the issue and a hearing was held on May 14, 2008.

5.  On June 25, 2008, Judge Hamilton issued her Order Denying Motion To Vacate Foreign Judgment. In this Order, the Court declined to stay enforcement of Irby's California Judgment #2 against Haden. The Court, however, left intact its prior order directing the U.S. Marshal to hold all funds garnished from Haden, pending any appeal Haden wished to take. On July 9, 2008, Judge Hamilton issued her Amendment To Order Dated June 25, 2008.

6.  On July 23, 2008, Haden appealed the entry of the July 9, 2008 and July 25, 2008 orders to the United States Court of Appeals for the Ninth Circuit, Appeal No. 08-16809 ("Appeal").

7.  Haden has since paid Irby the court costs awarded to her in the Adversary Judgment and Irby has provided Haden with Release of Lien documents to record in each county in which she had recorded an abstract of the Adversary Judgment.

8.  Irby has represented to Haden that she did not record any abstracts in any county in California with respect to either California Judgment #1 nor California Judgment #2.

9.  Counsel for Irby is informed by the U.S. Marshal that the Marshal is holding net funds on account from the garnishment of Haden's wages from Mechanics Bank totaling $24,675.00.

10. Commencing on January 23, 2009, the Parties participated in a mediation before Ninth Circuit Mediator Lisa J. Evans.

11. The parties have reached agreement to settle this matter and all related matters.

**REPLY MEMORANDUM IN SUPPORT OF
MOTION TO VACATE JUDGMENT, ETC.**                               Case No. 3:08-c-80004-PJH

As a term of the settlement, the parties agreed that all funds that have been collected and held by the U.S. Marshal shall be released to plaintiff Ireta Irby.

**NOW THEREFORE**, it is agreed that the writ of garnishment and levy thereon is discharged; and the U.S. Marshal shall release to counsel for Ireta Irby the sum of $24,675.00 that it is holding in this matter.

**SO STIPULATED.**

DATED:  March 30, 2009.                    SEVERSON & WERSON, A Professional Corporation

BY: **/s/ Rhonda L. Nelson #116043**
    RHONDA L. NELSON
    Attorneys for Plaintiff
    IRETA IRBY

DATED:  March 30, 2009.                    BARTLETT, LEADER-PICONE & YOUNG, LLP

BY: **/s/ Malcolm Leader-Picone #104620**
    MALCOLM LEADER-PICONE
    Attorneys for Defendant
    BROOKS HENDERSON HADEN

---

**REPLY MEMORANDUM IN SUPPORT OF
MOTION TO VACATE JUDGMENT, ETC.**                    Case No. 3:08-c-80004-PJH

## ORDER

Based upon the foregoing Stipulation of the parties, it is **SO ORDERED**.

DATED: __4/1/09_____.      _____
The Honorable Phyllis J. Hamilton
U.S. District Court Judge



**REPLY MEMORANDUM IN SUPPORT OF
MOTION TO VACATE JUDGMENT, ETC.**                    Case No. 3:08-c-80004-PJH
-1-

# PROOF OF SERVICE

I, Malcolm Leader-Picone, declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within action. My business address is 2201 Broadway, Suite 803 Oakland, CA 94612. On March 30, 2009, I served the following document(s) entitled:

**STIPULATION FOR RELEASE OF FUNDS HELD BY MARSHAL AND ORDER THEREON**

upon the following person(s) in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Oakland, California addressed as follows:

| Counsel for Plaintiff | Chambers Copy |
|---|---|
| Rhonda I. Nelson, Esq.<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111<br><br>Telephone:  415-398-3344<br>Facsimile:  415-956-0439<br>Email:  rln@severson.com | Hon. Phyllis J. Hamilton<br>U.S. District Court Judge<br>U.S. District Court, Crtrm. 3, 17th Floor<br>U.S. Courthouse/Phillip Burton Building<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on March 30, 2009.

**/s/ Malcolm Leader-Picone #104620**
Malcolm Leader-Picone

---

**PROOF OF SERVICE**                                                                                       **Case No. 3:08-c-80004-PJH**