RHONDA L. NELSON (State Bar No. 116043)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiff
IRETA IRBY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| IRETA IRBY,<br><br>    Plaintiff,<br><br>vs.<br><br>BROOKS HENDERSON HADEN,<br><br>    Defendant. | CASE NO. 3:08-MC-80004-PJH<br><br>**STIPULATION of DISMISSAL<br>and [~~Proposed~~] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel that the above-captioned matter be and hereby is DISMISSED WITH PREJUDICE pursuant to Fed. Rules of Civil Proc., Rule 41(a)(1).

APPROVED AS TO FORM:

DATED: March 31, 2009.

                                          SEVERSON & WERSON,
                                          A Professional Corporation

                                          BY: _____
                                                    RHONDA L. NELSON
                                                    Attorney for Plaintiff
                                                    IRETA IRBY

1  DATED: March ____, 2009.                BARTLETT, LEADER-PICONE & YOUNG, LLP

3                                          BY: _____
4                                              MALCOLM LEADER-PICONE
                                               Attorneys for Defendant
5                                              BROOKS H. HADEN

7        PURSUANT TO THE STIPULATION of counsel, the above-captioned matter is
8  HEREBY ORDERED DISMISSED WITH PREJUDICE.

10 DATED: ____April 2_____, 2009



                                           _____
                                           The Honorable
                                           U.S. District
                                           Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

10281/0001/720855.1                - 2 -                STIPULATION OF DISMISSAL and ORDER
                                                        Case No. 3:08-MC-80004-PJH